UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cr-00126

**United States of America**

v.

**Carlton Hollins**

**ORDER**

 The court referred this matter to U.S. Magistrate Judge K. Nicole Mitchell for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on the guilty plea. Doc. 32. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count nine of the indictment. *Id*. Defendant waived his right to object to the magistrate judge's findings. *Id*. at 2.

 The court hereby accepts the findings of fact and recommendation on guilty plea of the U.S. magistrate judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

 In accordance with defendant's guilty plea, the court finds defendant Carlton Hollins guilty of count nine of the indictment, charging a violation of 26 U.S.C. § 7206(2) – fraud and false statements.

 *So ordered by the court on November 7, 2025.*

            _____
             J. CAMPBELL BARKER
             United States District Judge